IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CAROL E. STEWART

    Plaintiff

v.      Civil Action No.: JFM00CV2715

JERRY WEAST, et al.

    Defendants

## ORDER

Upon consideration of Defendants' Motion for Enlargement of Time to File a Response to Complaint, and this Court having concluded that the grant of the requested extension is reasonable and appropriate, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 105(9);

IT IS, this _____ day of _____, 2000, by the United States District Court for the District of Maryland;

ORDERED that:

1. Defendants' motion to enlarge time to file a responsive pleading BE, and the same hereby IS, GRANTED; and

2. The time within which Defendants Jerry Weast, the Board of Education for Montgomery County, Maryland, and Montgomery County Public Schools are required to respond to the complaint is enlarged and extended to November 16, 2000.

J. Frederick Motz
United States District Judge