**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

March 29, 2001

MEMO TO COUNSEL RE:   Stewart v. Weast
                      Civil No. JFM-00-2715

Dear Counsel:

In accordance with your joint request, the Scheduling Order is hereby modified as follows:

| | |
|---|---|
| May 1, 2001 | Discovery deadline; status report due |
| May 8, 2001 | Request for Admission |
| June 8, 2001 | Summary judgment motions deadline (subject to the procedure set forth in L.R. 105.2.c) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc:  Court File