**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

April 24, 2001

MEMO TO COUNSEL RE:   Carol E. Stewart v. Jerry Weast, et al.
Civil No. JFM-00-2715

Dear Counsel:

In accordance with your joint request, the Scheduling Order is hereby modified as follows:

| | |
|---|---|
| June 15, 2001 | Discovery deadline; status report due |
| July 16, 2001 | Summary judgment motions deadline (subject to the procedure set forth in L.R. 105.2.c) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

cc: Court File