UNITED STATES DISTRICT COUR
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 SEP -7  A 10: 42

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

September 7, 2001

Memo To Counsel Re: Carol Stewart v. Jerry Weast, et al.
Civil No. JFM-00-2715

Dear Counsel:

I have cursorily reviewed the memoranda submitted in connection with plaintiff's motion to compel.

As I understand it, defendant has submitted some supplemental responses that has mooted some (but not all) of plaintiff's discovery requests. Although alluding to this fact, plaintiff's reply memorandum does not clearly set forth, in the format required by Local Rule 104.8.a, precisely what remains in dispute. If plaintiff wants me to rule upon its motion, she should set forth the discovery requests, the supplemental response thereto, and the asserted basis for the insufficiency of the response. Accordingly, plaintiff's motion to compel will be denied without prejudice to it being renewed. You should confer with one another once again in an attempt to resolve your differences before a renewed motion is filed.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

