IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CAROL E. STEWART              *
                                     *

v.                           *   Civil No. JFM-00-2715
                                     *

JERRY WEAST, ET AL.         *

*****

ORDER

As stated in the memorandum to counsel being entered herewith, it is, this 7th day of

September 2001

ORDERED that plaintiff's motion to compel is denied without prejudice to being

renewed.


_____
J. Frederick Motz
United States District Judge