**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 OCT 11 P 12: 03

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

October 11, 2001

Memo To Counsel Re: Carol E. Stewart v. Jerry Weast, et al.
Civil No. JFM-00-2715

Dear Counsel:

This will confirm the modifications to the schedule set at the conclusion of the hearing held yesterday.

| | |
|---|---|
| December 21, 2001 | Discovery deadline |
| January 31, 2002 | Summary judgment motions deadline (subject to provisions set forth in Local Rule 105.2.c) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

