IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CAROL E. STEWART      *

     v.      *   Civil No. JFM-00-2715

JERRY WEAST, ET AL.      *

\*\*\*\*\*

ORDER

For the reasons stated on the record on October 10, 2001, it is, this 11th day of October 2001

ORDERED

1. Plaintiff's renewed motion to compel is granted in part and denied in part; and

2. Any documents produced to plaintiff as the result of this order containing the names and/or medical information concerning any past or present employees of the Montgomery County Public Schools shall be kept confidential.

_____
J. Frederick Motz
United States District Judge