IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CAROL E. STEWART | * |
| Plaintiff | * |
| v. | * Civil Action No. JFM00CV2715 |
| JERRY WEAST, et al. | * |
| Defendants | * |

### ENTRY OF APPEARANCE OF SHARON V. BURRELL AND WITHDRAWAL OF APPEARANCE OF JOANNE G. EVANS

Please enter the appearance of Sharon V. Burrell, Associate County Attorney, for Defendants Jerry Weast, the Board of Education for Montgomery County and Montgomery County Public Schools in this case and strike the appearance of Joanne G. Evans, who has left the Montgomery County Attorney's Office.

Respectfully submitted,

CHARLES W. THOMPSON, JR.
COUNTY ATTORNEY

Joann Robertson (SVB)
Joann Robertson
Chief, Division of Litigation
Bar No. 03073

Sharon V. Burrell
Associate County Attorney
Bar No. 07563

Attorneys for Defendants
Executive Office Building
101 Monroe Street, Third Floor
Rockville, MD 20850
(240) 777-6700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 20th day of December, 2001, a copy of the foregoing was sent by first class mail, postage prepaid, to:

Jerry R. Goldstein, Esquire
7315 Wisconsin Avenue
Suite 601 North
Bethesda, Maryland 20814

Sharon V. Burrell
Associate County Attorney

I:\AF\BURRES\stewart=p=entry=withdrawal.wpd