IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| CAROL E. STEWART ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. JFM-00-CV-2715 |
| ) | |
| JERRY WEAST, et al. ) | |
| Defendants ) | |

## ORDER

Upon consideration of plaintiff's Consent Motion for Extension of Time, it is by the Court, this 25th day of March, 2002,

ORDERED, that plaintiff's Consent Motion for Extension of Time be, and the same is, hereby granted, and plaintiff's Opposition to Defendant's Motion for Summary Judgment shall be filed by April 19, 2002.

_____
UNITED STATES DISTRICT JUDGE

Goldstein, Handler
& Levine, P.C.
Suite 601 North
7315 Wisconsin Avenue
Bethesda, Maryland 20814
(301) 961-6464
FAX (301) 469-3325

