IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CAROL E. STEWART | * |
| Plaintiff | * |
| v. | * Civil Action No. JFM00CV2715 |
| JERRY WEAST, et al. | * |
| Defendants | * |

## ORDER

Upon consideration of Defendants' motion for enlargement of time to file a reply memorandum in support of their motion for summary judgment, and this court having concluded that the grant of the requested extension is reasonable and appropriate;

IT IS, this _2nd_ day of _May_, 2002, by the United States District Court for the District of Maryland;

ORDERED that:

1. Defendants' motion for enlargement of time to file a reply memorandum in support of their motion for summary judgment BE, and the same hereby IS, GRANTED; and

2. The time within which Defendants are required to file a reply memorandum is enlarged and extended to May 13, 2002.

J. Frederick Motz
United States District Judge