IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CAROL E. STEWART | * | |
| | * | |
| v. | * | Civil No. JFM-00-2715 |
| | * | |
| JERRY WEAST, ET AL. | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum, it is, this 28th day of October 2002

ORDERED

1. Defendants' motion for summary judgment on plaintiff's claims under the ADA and the Montgomery County Code is granted;

2. Judgment is entered in favor of defendants against plaintiff as to those claims; and

3. This court declines to exercise supplemental jurisdiction over plaintiff's claims for negligent misrepresentation and fraud and those claims are dismissed without prejudice.

J. Frederick Motz
United States District Judge